523 A.2d 344

**COMMONWEALTH of Pennsylvania**

v.

**Honor Jane VAN NEST, Petitioner.**

Supreme Court of Pennsylvania.

March 24, 1987.

## ORDER

PER CURIAM:

AND NOW, this 24th day of March, 1987, the Petition for Allowance of Appeal is granted. The matter is remanded to the Superior Court for consideration on the merits of the issues raised by Petitioner.